UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ANDREW F. PLASSE, P.C.

GEORGE ALEJANDRO

                                                                                             Plaintiff(s)

                                Index # 08 CV 1685

                      - against -

THE CITY OF NEW YORK, ETAL                                             Purchased February 20, 2008

                                                                      Defendant(s)

                                                                      **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ROBERT RAMSAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 13, 2008 at 01:50 PM at

11-11 HAZEN STREET
EAST ELMHURST, NY 11370

deponent served the within SUMMONS AND COMPLAINT on CAPTAIN ROSS, SHIELD #1509 therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to CAPTAIN NIEVA #501 a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 38 | 5'8 | 200 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

11-11 HAZEN STREET
EAST ELMHURST, NY 11370

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 14, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 14, 2008

JOEL GRABER                       JOSEPH KNIGHT                   JONATHAN GRABER
Notary Public, State of New York    Notary Public, State of New York    Notary Public, State of New York          **ROBERT RAMSAY**
No. 02GR4699723                 No. 01KN6178241                No. 01GR6156780
Qualified in New York County       Qualified In New York County       Qualified in New York County          License #: 871312
Expires February 10, 2010           Expires November 26, 2011        Expires December 4, 2010             Invoice #: 458124

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728