

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JOHANA V. CASTRO
Assistant Corporation Counsel
phone: (212) 788-0976
fax: (212) 788-9776
email: jcastro@law.nyc.gov

May 28, 2008

BY FAX
(212) 805-7942
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered
5-29-08
[signature]

Re:  Alejandro v. City of New York et al., 08 CV 1685 (AKH)

Dear Judge Hellerstein:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced case. I am writing to respectfully request a brief extension of time from May 29, 2008 until June 13, 2008, within which Captain Ross, C.O. Graves, C.O. Nieves, and C.O. Rodriguez may answer or otherwise respond to the complaint.[1] Due to scheduling conflicts, this office has not yet had the opportunity to meet with these individual defendants to address the issue of representation. However, they are scheduled to come to our office in the coming days. Plaintiff's attorney, Andrew Plasse, Esq., consents to this request for an enlargement of time.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending Captain Ross, C.O. Graves, C.O. Nieves, and C.O. Rodriguez's time to answer or otherwise respond to the complaint until June 13, 2008.

---

[1] This office notes that an Answer on behalf of the City of New York was filed today, May 28, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Johana Castro (JC 1809)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY FAX
(212) 402-7737
Andrew F. Plasse, Esq.
Attorney for Plaintiff
352 7th Avenue, Suite 402
New York, NY 10001